PETER C. ANDERSON
UNITED STATES TRUSTEE
FRANK M. CADIGAN (State Bar No. 095666)
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE                    JS-6
Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, California  92701-8000
Telephone:     (714) 338-3400
Facsimile:     (714) 338-3421
Email:         frank.cadigan@usdoj.gov

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, (SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| In re:<br><br>CHERI FU and,<br>THOMAS FU,<br><br>_____<br>CHERI L. SHYU, an individual,<br>aka CHERI FU, aka SHYU LE-SHENG FU,<br>aka CHERI LE-SCHENG,<br>aka CHERI LE-SHENG FU, aka CHERI<br>SHYU, and THOMAS CHIA FU, an<br>individual, Aka WAL FUN YU, aka WAI<br>FUN FU, aka THOMAS CHIAN-CIN,<br><br>          Appellants,<br><br>vs.<br>UNITED STATES TRUSTEE FOR THE<br>CENTRAL DISTRICT OF CALIFORNIA,<br>REGION 16,<br><br>          Appellee. | U.S.D.C. Case No.: 8:14-cv-01596-JFW<br><br><br><br>ORDER APPROVING STIPULATION TO<br>DISMISS APPEAL WITHOUT PREJUDICE<br><br>[Related to Docket # 8] |

The Court, having read and considered the Stipulation by and between Appellant, Cheri

Fu, and Appellee, the United States Trustee for the Central District of California, Region 16, to

1

dismiss the pending appeal without prejudice , [Docket # 8], and good cause appearing therefore;

**IT IS ORDERED**, that the Stipulation is approved; and

**IT IS FURTHER ORDERED**, that the appeal is dismissed without prejudice.

###

IT IS SO ORDERED

Dated: November 12, 2014

U.S. District Court Judge